UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL TEKLEMARIAM HAGOS,

        Plaintiff,

   v.

GERARDO MORENO,

        Defendant.

CASE NO. C22-1862 BHS-GJL

ORDER

THIS MATTER is before the Court on its own motion upon review of pro se plaintiff Daniel Hagos's recent filings, Dkts. 10, 12, and 13, in response to the Court's order, Dkt. 9, adopting Magistrate Judge Creatura's[1] Report and Recommendation (R&R) Dkt. 7. As recommended by that R&R, the Court denied Hagos's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and ordered him to pay the filing fee within 30 days or the case would be dismissed. Dkt. 9.

Hagos has since filed his own "Order and Findings and Recommendations," Dkts. 10 and 12, and a miscellaneous document that appears to be directed to the state court. He

---

[1] Judge Creatura has since retired, and the cased was referred to Magistrate Judge Leupold.

ORDER - 1

has not, however, paid the filing fee, and the time for doing so has passed. His claims are therefore **DISMISSED without prejudice**.

The Clerk shall enter a JUDGMENT and close the case.

Dated this 6th day of June, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge